UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN TACOVELLI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. C13-2147-RAJ<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS** |

　　　　This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge.  Dkt. # 20.  The court has reviewed the R&R, and observes that no one has objected to it.  The court therefore ADOPTS the R&R, REVERSES the decision of the Commissioner, and directs the clerk to REMAND this action to the Social Security Administration for administrative proceedings consistent with the R&R.

　　　　The clerk shall enter judgment for Plaintiff and shall ensure that Judge Tsuchida receives notice of this order.

　　　　DATED this 14th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER REVERSING AND REMANDING
FOR FURTHER PROCEEDINGS - 1